■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PETER WATKINS, Appellant. [682 NYS2d 40] —Judgment, Supreme Court, New York County (Nicholas Figueroa, J.), rendered April 11, 1996, convicting defendant, after a jury trial, of attempted burglary in the third degree and possession of burglar's tools, and sentencing him, as a second felony offender, to concurrent terms of 2 to 4 years and 1 year, respectively, unanimously affirmed.

The motion court properly concluded that the search of defendant's bag was proper as incident to a lawful arrest since it was conducted simultaneously with defendant being handcuffed (*see*, *People v Wylie*, 244 AD2d 247, *lv denied* 91 NY2d 946), and defendant's property had not yet been reduced to the exclusive control of the police. Contrary to defendant's arguments, the requisite exigency was readily inferable from the of-

ficer's testimony (*People v Moore*, 32 NY2d 67, 72, *cert denied* 414 US 1011). Concur—Ellerin, J. P., Nardelli, Rubin and Saxe, JJ.